[No. 16420. Department One. June 28, 1921.]

H. A. Rispin, *Appellant*, v. George F. Vanderveer *et al., Respondents.*[1]

Appeal from a judgment of the superior court for King county, Hall, J., entered December 27, 1920, upon findings in favor of the defendants, in an action on a promissory note, tried to the court. Affirmed.

*Dwight N. Stevens* and *Jones, Riddell & Brackett*, for appellant.
*Ralph S. Pierce*, for respondents.

Per Curiam.—This is an action upon a promissory note which was given in payment for an oil-drilling rig. One of the defenses was, that upon an examination of the rig, it developed that certain essential parts were missing, and that the respondents therefore refused to accept the property and rescinded the sale.

While there are other questions presented by the appellant, the main and determinative one involves the authority of one Williams to act as appellant's agent in making the sale. This presented purely a question of fact, with the superior court's determination of which we find no reason to interfere.

The judgment is therefore affirmed.

---

[No. 16440.   Department Two.   July 7, 1921.]

John J. Snyder *et al., Respondents*, v. E. O. Marken *et al., Appellants.*[2]

Appeal from a judgment of the superior court for King county, Tallman, J., entered November 13, 1920, upon the verdict of a jury rendered in favor of the plaintiffs, upon sustaining a demurrer to defendants' affirmative defense, in an action for personal injuries sustained in an automobile collision. Affirmed.

*Hartman & Hartman*, for appellants.
*Flick & Paul*, for respondents.

Per Curiam—This suit is to recover damages for injuries to Mrs. Snyder and to an automobile belonging to the respondents. It presents substantially the state of facts presented in the case of *Snyder v. Marken, ante* page 270, 199 Pac. 302. For the reasons given in that case, the judgment here appealed from is affirmed.

[1]Reported in 199 Pac. 235.
[2]Reported in 199 Pac. 303.